UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| BRUCE A. KOESTER, and ) | Case No. 09-20311-659 |
| LISA M. KOESTER, ) | Judge Kathy A. Surratt-States |
| ) | Chapter 7 |
| Debtors ) | |
| ) | |
| PREMIER BANK, ) | **Adversary No. 09-2013-659** |
| ) | |
| ) | **PUBLISHED** |
| Plaintiff, ) | |
| ) | |
| -v- ) | |
| ) | |
| BRUCE A. KOESTER, and ) | |
| LISA M. KOESTER, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The matter before the Court is Plaintiffs' Motion for Summary Judgment. For the reasons set forth in this Court's Findings of Fact and Conclusions of Law entered separately,

**IT IS ORDERED THAT** the relief requested in Plaintiffs' Motion for Summary Judgment is **GRANTED IN PART** and judgment is entered in favor of Plaintiff and against Defendants/Debtors in that the debt for the 2008 Loan in the amount of $60,000.00 is nondischargeable in this Bankruptcy case pursuant to 11. U.S.C. § 523(a)(2)(B); and

**IT IS FURTHER ORDERED THAT** the relief requested in Plaintiffs' Motion for Summary Judgment is **DENIED IN PART** and judgment is entered in favor of Defendants/Debtors and against Plaintiff in that the debt for the deficiency on the Dimensional Loans incurred in 2006 in the

amount of $30,627.00 is discharged in this Bankruptcy case; and this is the final judgment and

Order of the Bankruptcy Court in this case.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: September 29, 2010
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Premier Bank
c/o Mariea & Sigmund, LLC
310 Monroe
Jefferson City, MO 65101

Bruce and Lisa Koester
607 Pickering St.
Montgomery City, MO 63361

Jonathan C. Browning
Mariea & Sigmund, LLC
310 Monroe Street
Jefferson City, MO 65101

Fredrich J. Cruse
The Cruse Law Firm
718 Broadway
PO Box 914
Hannibal, MO 63401-0914